CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 20 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **JAMES GARDNER DENNIS,**<br>Petitioner, | Civil Action No. 7:15-cv-00096 |
| v. | **ORDER** |
| **IVAN GILMORE,**<br>Respondent. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice** as successive; a certificate of appealability is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 20th day of March, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge